UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 25-MJ-181 (GMH) |
| MELVINA RAWLINGS | : |

**NOTICE OF JOINDER**

Melvina Rawlings, through undersigned counsel, Stephen F. Brennwald, hereby provides Notice that she JOINS the motion filed by co-defendant Missouri at ECF Doc. 7, requesting a detention hearing either later today, August 28, 2025, or at a mutually agreed-upon time on Friday, August 29, 2025.[1]  Ms. Rawlings adopts the arguments made by co-defendant Missouri in her filing.

Respectfully submitted,

*Stephen F. Brennwald*

_____

Stephen F. Brennwald  #398319
Brennwald & Robertson
922 Pennsylvania Avenue, SE
Washington, D.C.  20003
(301) 928-7727
sfbrennwald@cs.com

---

[1] Undersigned counsel has other matters on his calendar on both days which is why he is asking that he be consulted before any hearing date/time is set (in the event the Court grants this motion).

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was submitted by ECF, this 28th day of August, 2025, to all parties of record.

*Stephen F. Brennwald*

_____
Stephen F. Brennwald